IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES RIST, ) | |
| ) | |
| Plaintiff, ) | 2:06-CV-00531 |
| ) | |
| v. ) | |
| ) | |
| NABIL HUSSEINI, HARLEY C. DAVIS, and ) | |
| ERNEST BENO, ) | |
| ) | |
| Defendants. ) | |

**STIPULATION OF DISMISSAL**

Having resolved this dispute by agreement, pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties hereby stipulate to dismiss this action with prejudice.

Respectfully submitted,

LEECH TISHMAN FUSCALDO          WITHEREL & KOVACIK
& LAMPL, LLC

*s/ Andrew L. Blattenberger*          *s/ Matthew L. Kovacik*
Andrew L. Blattenberger                  Matthew L. Kovacik
Pa. I.D. No. 91663                           Pa. I.D. No. 62295
Citizens Bank Building, 30th Floor   966 Perry Highway
525 William Penn Place                  Pittsburgh, PA 15237
Pittsburgh, PA 15219                      (412) 366-6629
(412) 261-1600                                Counsel for Defendants
Counsel For Plaintiff

Date: February 27, 2007

Approved and Ordered:

_____          2/28/07
Donetta W. Ambrose                      Date
United States District Judge